| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Lakeview Loan Servicing, LLC | |
| In Re:<br><br>Kelly A. Green,<br><br>Debtor. | Case No.:  23-16420-JNP<br>Chapter:  13<br>Hearing Date:  09/23/2025<br>Judge:  Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief from Stay re: 20 Southgate Drive, Mount Laurel, NJ (Docket # 31)

Date: 09/18/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*