Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−16420−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly A Green
   aka Kelly Ann Green, aka Kelly A Neri
   20 Southgate Drive
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−5442

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 19, 2023.

On November 10, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                December 17, 2025
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 12, 2025
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kelly A Green  
    Debtor

Case No. 23-16420-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Nov 12, 2025      Form ID: 185      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly A Green, 20 Southgate Drive, Mount Laurel, NJ 08054-2934 |
| 519982600 | | Advanced ENT & Allergy, P.O. Box 18870, Cary, NC 27512 |
| 519982601 | + | Advocare, 502 Centeniial Blvd., Ste 6, Voorhees, NJ 08043-9544 |
| 519982602 | + | Advocare South Jersey, Attn: IC Systems, P.o. Box 64378, Saint Paul, MN 55164-0378 |
| 519982603 | + | Advocare South Jersey Orthpedica Assc, Attn: IC Systems, P.o. Box 64378, Saint Paul, MN 55164-0378 |
| 519982605 | + | Axia Womens Health, Patient Billing, P.O. Box 22576, New York, NY 10087-2576 |
| 519982614 | + | Emergency Phys Assoc of SJ, Attn: ARS, P.O. Box 630806, Cincinnati, OH 45263-0806 |
| 519982621 | + | Regional Otolaryngology, Attn: RMP LLC, P.O. Box 630844, Cincinnati, OH 45263-0844 |
| 519982623 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 519982625 | + | South Jersey Orthopedic, Attn: IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 519982628 | + | Summit Surgical Center, 200 Bowman Drive, Ste D160, Voorhees, NJ 08043-9633 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2025 23:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2025 23:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519982604 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 12 2025 23:49:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519982606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2025 23:47:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519982607 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 12 2025 23:47:25 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520042978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 00:03:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519982608 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 00:03:40 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519982609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 23:49:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519982610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 23:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519982611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 23:49:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519982612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | |
|---|---|---|---|
| | | Nov 12 2025 23:49:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519982613 | Email/PDF: DellBKNotifications@resurgent.com | Nov 12 2025 23:46:38 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 519982615 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519982616 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2025 23:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520006643 | + Email/Text: RASEBN@raslg.com | Nov 12 2025 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520025799 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2025 23:47:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520578647 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520578648 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC 75261-9096 |
| 519982617 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 12 2025 23:48:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 519982618 | Email/Text: camanagement@mtb.com | Nov 12 2025 23:49:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519992987 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 12 2025 23:50:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520786803 | + Email/Text: ecfbnc@aldridgepite.com | Nov 12 2025 23:48:00 | Nationstar Mortgage, LLC, Attn Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 519982619 | + Email/PDF: Bankruptcy_Prod@mohela.com | Nov 12 2025 23:46:32 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519982620 | + Email/Text: ext_ebn_inbox@navyfederal.org | Nov 12 2025 23:50:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519982622 | + Email/Text: bankruptcyteam@rocketmortgage.com | Nov 12 2025 23:50:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519982627 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 12 2025 23:48:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519982624 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2025 23:50:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519993534 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2025 23:50:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, as servicer for CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519982626 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 12 2025 23:48:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 519982629 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:02:54 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982630 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:15:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982631 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:03:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982632 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 23-16420-JNP    Doc 39    Filed 11/14/25    Entered 11/15/25 00:21:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 185 | Total Noticed: 51 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | Nov 12 2025 23:46:56 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:02:54 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520045019 | | Email/Text: bncmail@w-legal.com | Nov 12 2025 23:49:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 519982634 | + | Email/Text: bncmail@w-legal.com | Nov 12 2025 23:49:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519982635 | + | Email/Text: BK@servicingdivision.com | Nov 12 2025 23:48:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519982636 | + | Email/Text: dbogucki@trumark.org | Nov 12 2025 23:51:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 519982637 | | Email/Text: virtuapatientaccounting@virtua.org | Nov 12 2025 23:49:00 | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 519982638 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 13 2025 00:02:10 | Wells Fargo Home Mortgage, Attn: Bankruptcy/Written Corr Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Douglas McDonough, Frenkel Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Brad J. Sadek | on behalf of Debtor Kelly A Green bradsadek@gmail.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 185 | Total Noticed: 51 |

Douglas J. McDonough
    on behalf of Creditor LakeView Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5