STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.
0 Valuation of Security    1 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: November 14, 2023

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
District of New Jersey

| In Re: | Kelly A Green | Case No.: | 23-16420 (JNP) |
|---|---|---|---|
| | | Judge: | Jerrold N. Poslunsy |
| | Debtor(s) | | |

CHAPTER 13 PLAN AND MOTIONS

☐ Original            ☒ Modified/Notice Required           Date:   November 7, 2025
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

YOUR RIGHTS WILL BE AFFECTED

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney   /s/ BJS      Initial Debtor:   /s/ KAG      Initial Co-Debtor   _____

| Part 1: Payment and Length of Plan |
|---|

1
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

a. The debtor shall pay to the Chapter 13 Trustee $187.00 monthly for **3** months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $ **282.00** per month for **25** months; $ **612.00** per month for **32** months, for a total of **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☐ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:
- ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: _____    Initial Co-Debtor: _____

## Part 2: Adequate Protection    X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $3,240.00 |
| DOMESTIC SUPPORT OBLIGATION | PRIORITY | NONE- |
| State of New Jersey Division of Taxation | PRIORITY | $3,303.44 |
| Internal Revenue Service | PRIORITY | $7,318.48 |
| Sadek Law Offices - Anticiapted Fee App | ADMINISTRATIVE | $700.00 |
| KML Law Group for Lakeview Loan | ADMINISTRATIVE | $549.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

    a.    **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Lakeview Loan Servicing - Pre-Petition | 20 Southgate Drive, Mt. Laurel, NJ 08054 | $1,067.42 | 0.00% | $1,067.42 | $2,675.10 |
| Lakeview Loan Servicing - Post-Petition Arrears | 20 Southgate Dr., Mt. Laurel, NJ 08054 | $8,279.10 | 0.00% | $8,279.10 | N/A |

    b.    **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | |

    c.    **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| | | | | |

    d.    **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| -NONE- | | | | | | | |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☒ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following
collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

f. **Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| Santander/Chrysler Capital | 2020 Jeep Cherokee - Lease |

**Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|

**Part 5:  Unsecured Claims**    **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☒   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| Aidvantage/Dept of Ed | Student Loans | To be paid outside of Plan where applicable | N/A |

**Part 6: Executory Contracts and Unexpired Leases**    **NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| Santander Consumer USA | N/A | Automotive Lease | Assume | Pay As Per Contract |

**Part 7: Motions    X NONE**

NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served

  a.  Motion to Avoid Liens under 11 U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

  b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

  c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

  d.  Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

**Part 8: Other Plan Provisions**
  a.  **Vesting of Property of the Estate**

    ☒  Upon Confirmation
    ☐  Upon Discharge

  b.  **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification    X NONE**

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: __July 18, 2025__.

Explain below **why** the plan is being modified:
Include post-petition mortgage arrears

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:
☒ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: **November 7, 2025**    /s/ **Kelly A Green**
**Kelly A Green**
Debtor

Date: _____
Joint Debtor

Date **November 7, 2025**    /s/ **Brad Sadek**
**Brad Sadek**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16420-JNP |
| Kelly A Green | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf901 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly A Green, 20 Southgate Drive, Mount Laurel, NJ 08054-2934 |
| 519982600 | | Advanced ENT & Allergy, P.O. Box 18870, Cary, NC 27512 |
| 519982601 | + | Advocare, 502 Centeniial Blvd., Ste 6, Voorhees, NJ 08043-9544 |
| 519982602 | + | Advocare South Jersey, Attn: IC Systems, P.o. Box 64378, Saint Paul, MN 55164-0378 |
| 519982603 | + | Advocare South Jersey Orthpedica Assc, Attn: IC Systems, P.o. Box 64378, Saint Paul, MN 55164-0378 |
| 519982605 | + | Axia Womens Health, Patient Billing, P.O. Box 22576, New York, NY 10087-2576 |
| 519982614 | + | Emergency Phys Assoc of SJ, Attn: ARS, P.O. Box 630806, Cincinnati, OH 45263-0806 |
| 519982621 | + | Regional Otolaryngology, Attn: RMP LLC, P.O. Box 630844, Cincinnati, OH 45263-0844 |
| 519982623 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 519982625 | + | South Jersey Orthopedic, Attn: IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 519982628 | + | Summit Surgical Center, 200 Bowman Drive, Ste D160, Voorhees, NJ 08043-9633 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2025 23:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2025 23:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519982604 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 12 2025 23:49:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519982606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 00:03:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519982607 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2025 00:02:19 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520042978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 00:03:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519982608 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 00:03:29 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519982609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 23:49:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519982610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 23:49:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519982611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 12 2025 23:49:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519982612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | |
|---|---|---|---|
| Case 23-16420-JNP | Doc 40 | Filed 11/14/25 | Entered 11/15/25 00:21:24 Desc Imaged |
| | Certificate of Notice | Page 8 of 10 | |

District/off: 0312-1      User: admin      Page 2 of 4
Date Rcvd: Nov 12, 2025      Form ID: pdf901      Total Noticed: 51

| Recipient # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 12 2025 23:49:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519982613 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 13 2025 00:03:33 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 519982615 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519982616 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2025 23:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520006643 | + | Email/Text: RASEBN@raslg.com | Nov 12 2025 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520025799 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2025 23:47:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520578647 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520578648 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC 75261-9096 |
| 519982617 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 12 2025 23:48:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 519982618 | | Email/Text: camanagement@mtb.com | Nov 12 2025 23:49:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519992987 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 12 2025 23:50:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520786803 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 12 2025 23:48:00 | Nationstar Mortgage, LLC, Attn Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 519982619 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 12 2025 23:47:28 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519982620 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 12 2025 23:50:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519982622 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 12 2025 23:50:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519982627 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 12 2025 23:48:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519982624 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2025 23:50:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519993534 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 12 2025 23:50:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, as servicer for CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519982626 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 12 2025 23:48:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 519982629 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:03:32 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982630 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:02:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982631 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 00:02:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: pdf901 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 12 2025 23:46:17 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 13 2025 00:03:37 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520045019 | | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 12 2025 23:49:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 519982634 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 12 2025 23:49:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519982635 | + | Email/Text: BK@servicingdivision.com | | |
| | | | Nov 12 2025 23:48:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519982636 | + | Email/Text: dbogucki@trumark.org | | |
| | | | Nov 12 2025 23:51:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 519982637 | | Email/Text: virtuapatientaccounting@virtua.org | | |
| | | | Nov 12 2025 23:49:00 | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 519982638 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | | Nov 12 2025 23:47:25 | Wells Fargo Home Mortgage, Attn: Bankruptcy/Written Corr Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Douglas McDonough, Frenkel Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Andrew B Finberg
    courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Brad J. Sadek
    on behalf of Debtor Kelly A Green bradsadek@gmail.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf901 | Total Noticed: 51 |

Douglas J. McDonough       on behalf of Creditor LakeView Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

U.S. Trustee       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5