Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−16420−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kelly A Green
    aka Kelly Ann Green, aka Kelly A Neri
    20 Southgate Drive
    Mount Laurel, NJ 08054

Social Security No.:
    xxx−xx−5442

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 18, 2025.

Dated: December 18, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16420-JNP |
| Kelly A Green | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 18, 2025 | Form ID: plncf13 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly A Green, 20 Southgate Drive, Mount Laurel, NJ 08054-2934 |
| 519982600 | | Advanced ENT & Allergy, P.O. Box 18870, Cary, NC 27512 |
| 519982601 | + | Advocare, 502 Centeniial Blvd., Ste 6, Voorhees, NJ 08043-9544 |
| 519982602 | + | Advocare South Jersey, Attn: IC Systems, P.o. Box 64378, Saint Paul, MN 55164-0378 |
| 519982603 | + | Advocare South Jersey Orthpedica Assc, Attn: IC Systems, P.o. Box 64378, Saint Paul, MN 55164-0378 |
| 519982605 | + | Axia Womens Health, Patient Billing, P.O. Box 22576, New York, NY 10087-2576 |
| 519982614 | + | Emergency Phys Assoc of SJ, Attn: ARS, P.O. Box 630806, Cincinnati, OH 45263-0806 |
| 519982621 | + | Regional Otolaryngology, Attn: RMP LLC, P.O. Box 630844, Cincinnati, OH 45263-0844 |
| 519982623 | | Santander Bank, Attn: Bankruptcy, Ma1-Mb3-01-09 Pob 841002, Boston, MA 02284 |
| 519982625 | + | South Jersey Orthopedic, Attn: IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 519982628 | + | Summit Surgical Center, 200 Bowman Drive, Ste D160, Voorhees, NJ 08043-9633 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519982604 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 18 2025 21:07:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519982606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2025 21:05:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519982607 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 18 2025 21:05:02 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520042978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2025 21:16:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519982608 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 18 2025 21:16:46 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519982609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519982610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519982611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 18 2025 21:07:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519982612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0312-1

Date Rcvd: Dec 18, 2025

User: admin

Form ID: plncf13

Page 2 of 4

Total Noticed: 51

| | | | |
|---|---|---|---|
| | | Dec 18 2025 21:07:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519982613 | | Email/PDF: DellBKNotifications@resurgent.com | |
| | | Dec 18 2025 21:05:09 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 519982615 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Dec 18 2025 21:07:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519982616 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Dec 18 2025 21:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520006643 | + | Email/Text: RASEBN@raslg.com | |
| | | Dec 18 2025 21:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520025799 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 18 2025 21:05:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520578647 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Dec 18 2025 21:07:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520578648 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Dec 18 2025 21:07:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC 75261-9096 |
| 519982617 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
| | | Dec 18 2025 21:07:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 519982618 | | Email/Text: camanagement@mtb.com | |
| | | Dec 18 2025 21:07:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519992987 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Dec 18 2025 21:08:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 520786803 | + | Email/Text: ecfbnc@aldridgepite.com | |
| | | Dec 18 2025 21:07:00 | Nationstar Mortgage, LLC, Attn Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 519982619 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
| | | Dec 18 2025 21:05:18 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519982620 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Dec 18 2025 21:08:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519982622 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | Dec 18 2025 21:08:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519982627 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | Dec 18 2025 21:07:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519982624 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Dec 18 2025 21:08:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519993534 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Dec 18 2025 21:08:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, as servicer for CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519982626 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | | Dec 18 2025 21:07:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 519982629 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Dec 18 2025 21:04:51 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982630 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Dec 18 2025 21:04:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982631 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Dec 18 2025 21:04:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Dec 18, 2025 | Form ID: plncf13 | Total Noticed: 51

| | | | |
|---|---|---|---|
| | | Dec 18 2025 21:05:13 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519982633 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 18 2025 21:05:13 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520045019 | Email/Text: bncmail@w-legal.com | | |
| | | Dec 18 2025 21:07:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 519982634 | + Email/Text: bncmail@w-legal.com | | |
| | | Dec 18 2025 21:07:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519982635 | + Email/Text: BK@servicingdivision.com | | |
| | | Dec 18 2025 21:07:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 519982636 | + Email/Text: dbogucki@trumark.org | | |
| | | Dec 18 2025 21:08:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 519982637 | Email/Text: virtuapatientaccounting@virtua.org | | |
| | | Dec 18 2025 21:07:00 | Virtua, 303 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 519982638 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | Dec 18 2025 21:05:16 | Wells Fargo Home Mortgage, Attn: Bankruptcy/Written Corr Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Douglas McDonough, Frenkel Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Brad J. Sadek | on behalf of Debtor Kelly A Green bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Douglas J. McDonough
                              on behalf of Creditor LakeView Loan Servicing  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5